SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MARIA GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>              Plaintiff,<br><br>      vs.<br><br>VELVETH GUALTEROS D/B/A BEAUTIFUL HAIR BY VELVET; RICHARD W. BUNNER, AS TRUSTEE OF THE BUNNER TRUST; and DOES 1 to 10,<br><br>              Defendants. | **Case No.: 2:24-cv-09520-JLS (Ex)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: March 14, 2025<br>Time: 10:30 a.m.<br>Courtroom: 8A<br><br>Honorable Judge Josephine L. Staton |

To Defendant VELVETH GUALTEROS D/B/A BEAUTIFUL HAIR BY VELVET and the attorneys of record, if any: Please take notice that on March 14, 2025, at 10:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff MARIA GARCIA will present Plaintiff's motion for default judgment against Defendant VELVETH GUALTEROS D/B/A BEAUTIFUL HAIR BY VELVET. The Clerk has previously entered the default on said Defendant on December 30, 2024 (Dkt. #17).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant VELVETH GUALTEROS D/B/A BEAUTIFUL HAIR BY VELVET is not a minor or an incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant VELVETH GUALTEROS D/B/A BEAUTIFUL HAIR BY VELVET has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,235.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 38214 6th St. E, Palmdale, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant VELVETH GUALTEROS D/B/A BEAUTIFUL HAIR BY VELVET on February 10, 2025 by first class United States Mail, postage prepaid.

Dated:  February 10, 2025                    **SO. CAL. EQUAL ACCESS GROUP**


By:    _/s/ Jason J. Kim_____
       Jason J. Kim, Esq.
       Attorneys for Plaintiff